

**SO ORDERED.**
**SIGNED this 7th day of July, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

LOVE ALL, INC.

          Debtor

Case No. 3:21-bk-31172-SHB
Chapter 7

### O R D E R

Debtor, a corporation, filed a *pro se* Voluntary Petition commencing a bankruptcy case under Chapter 7 on July 7, 2021, through its President, Roscoe F. Stephens, III.  It is not apparent from the record, however, that Mr. Stephens is a licensed attorney, nor has any attorney entered an appearance on behalf of Debtor.  The Court, accordingly, directs Debtor and Roscoe F. Stephens, III, to appear on July 22, 2021, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why this bankruptcy case should not be dismissed for Debtor's failure to appear before the Court properly represented by counsel.  *See* 28 U.S.C. § 1654; *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (confirming that 28 U.S.C. § 1654 "does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a

licensed attorney"); *Tinkers & Chance v. Zowie Intertainment, Inc*., 15 F. App'x 827, 828 (Fed. Cir. 2001) ("All artificial entitles such as corporations, partnerships, or associations, may only appear in federal court through a licensed attorney.").

###

Case 3:21-bk-31172-SHB   Doc 5   Filed 07/07/21   Entered 07/07/21 15:10:36   Desc
Main Document    Page 2 of 2